**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF J.S.S. | : | No. 391 WAL 2015 |
| | : | |
| | : | |
| | : | |
| PETITION OF: P.A.S. AND J.S. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.